JAMES G. GRAVES, Appellant, *v.* NORTHERN N. Y. PUBLISHING CO., INC., Respondent.

Submitted January 20, 1941; decided January 24, 1941.

*Edmund Fitz Gerald* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CAHILL, Appellant.

Submitted January 20, 1941; decided January 24, 1941.

Motion for reargument denied.   (See 266 N. Y. 546.)